NO. 8281.

COURT OF APPEAL
PARISH OF ORLEANS.

**8281**

DIXIE SECURITIES CORPORATION

versus

ESTOPINAL MOTOR CO. INC.

Dinkelspiel; J.

*Court of Appeal,*
PARISH OF ORLEANS
FILED JUN 30 9

**8281**

Dinkelspiel; J.

The question presented on the motion to dismiss is founded on the ground that the amount involved is less than the sum of One Hundred Dollars and therefore not within the appelate jurisdiction of this Court.

It appears that the suit originally was a foreclosure by plaintiff against the Esterina Motor Co. Inc. fx of a chattel mortgage amounting to Twelve Hundred Dollars and being upon three automobiles.

The S. Gumbel Realty and Securities Company Inc. intervened in these proceedings, being the landlord of the premises occupied by defendant claiming a privilege superior to the mortgage of the plaintiff, upon one of the automobiles involved in this litigation. The automobile in question was sold by the Civil Sheriff under writ of seizure and sale for the sum of $40.00 and the cause was thereafter tried between the plaintiff and the intervenor upon the issue of whether the plaintiff or the intervenor had a prior claim to this $40.00. There was judgment in favor of the intervenor, directing that the lessor's privilege outranked a chattel mortgage as to the automobile in question and the judgment specifically awarded the $40.00, the purchase price of this automobile to the intervenor on account of its claim. From this judgment plaintiff takes the present appeal.

From the foregoing statement of facts it is clearly proven that the amount involved in the present appeal is less than One Hundred Dollars and without the minimum appellate jurisdiction of this Court.

"The test of jurisdiction on appeal is the amount involved when the appeal is taken."

Burdeaux vs. Darcy, 7th Court of Appeal 304.

Gauche vs. Trautman, 7th Ann. p.18.

Germania Savings Bank vs. Muller, 38 Ann. 555.

"The sale of the property at $1800 placed in the hands of the Sheriff for distribution, although the claim of plaintiff and the intervenor each exceeded two thousand dollars, upon an appeal by the intervenor from the judgment dismission his intervention the Supreme Court held that it was without jurisdiction, the amount involved being kxxxx less than Two Thousand Dollars."

For the re scns a signed the motion to dismiss must prevail.

It is ordered, adjudged and decreed that the appeal in this case be dismissed.

Motion to dismiss maintained
and appeal dismissed.